# United States Court of Appeals
## For the First Circuit

No. 19-1836

FAMILY PLANNING ASSOCIATION OF MAINE, on behalf of itself, its staff, and its patients, doing business as MAINE FAMILY PLANNING; J DOE, DO, MPH, individually and on behalf of Dr. Doe's patients

Plaintiffs - Appellants

SUSAN B. ANTHONY LIST

Plaintiff

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX MICHAEL AZAR, II, in his official capacity as Secretary of Health and Human Services; OFFICE OF POPULATION AFFAIRS; DIANE FOLEY, MD, in her official capacity as Deputy Assistant Secretary for Population Affairs

Defendants - Appellees

**JUDGMENT**

Entered: October 23, 2019
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:

Richard L. O'Meara
Arielle Humphries
Rabia Muqaddam
Emily B. Nestler
Emily S. Ullman
Stephen C. Whiting
Julia M. Lipez
Jaynie Randall Lilley
Gerald Brinton Lucas
Douglas H. Hallward-Driemeier

Daniel W. Richards
Haley Eagon
Lisa H. Bebchick
Thomas N. Bulleit
Patrick N. Strawbridge
Benjamin Michael Flowers
Kevin H. Theriot
David Andrew Cortman
Denise M. Burke