# United States Court of Appeals
## For the First Circuit

No. 19-1836

FAMILY PLANNING ASSOCIATION OF MAINE, on behalf of itself, its staff, and its patients, doing business as MAINE FAMILY PLANNING; J DOE, DO, MPH, individually and on behalf of Dr. Doe's patients

Plaintiffs - Appellants

SUSAN B. ANTHONY LIST

Plaintiff

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX MICHAEL AZAR, II, in his official capacity as Secretary of Health and Human Services; OFFICE OF POPULATION AFFAIRS; DIANE FOLEY, MD, in her official capacity as Deputy Assistant Secretary for Population Affairs

Defendants - Appellees

**MANDATE**

Entered: October 23, 2019

In accordance with the judgment of October 23, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lisa H. Bebchick
Thomas N. Bulleit
Denise M. Burke
David Andrew Cortman
Haley Eagon
Benjamin Michael Flowers

Douglas H. Hallward-Driemeier
Arielle Humphries
Jaynie Randall Lilley
Julia M. Lipez
Gerald Brinton Lucas
Rabia Muqaddam
Emily B. Nestler
Richard L. O'Meara
Daniel W. Richards
Patrick N. Strawbridge
Kevin H. Theriot
Emily S. Ullman
Stephen C. Whiting