# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING, on behalf of itself, its staff, and its patients, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00100-LEW <br><br> **NOTICE OF APPEAL** |

Pursuant to Fed. R. App. P. 3(c)(1), notice is hereby given that The Family Planning Association of Maine d/b/a Maine Family Planning, on behalf of itself, its staff, and its patients; and J. Doe, DO, MPH, individually and on behalf of Dr. Doe's patients, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment and order denying Plaintiffs' Motion for Summary Judgment, and granting Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, which was entered in this action on the 9th day of June, 2020 (ECF No. 126).

Dated: August 7, 2020 　　　　　　　　　　Respectfully submitted,

  /s/ Richard L. O'Meara  
Richard L. O'Meara  
Murray Plumb & Murray  
75 Pearl Street  
Portland, ME 04104  
Telephone: (207) 773-5651  
romeara@mpmlaw.com  

Emily Nestler*  
Rabia Muqaddam*  
Center for Reproductive Rights  
199 Water Street, 22nd Floor  
New York, NY 10038  
Telephone: (917) 637-3600  
enestler@reprorights.org  

Emily Ullman*  
Jennifer Saperstein*  
Covington & Burling LLP  
One CityCenter  
850 Tenth Street NW  
Washington, DC 20001  
Telephone: (202) 662-6000  
eullman@cov.com  

*Attorneys for Plaintiffs The Family Planning Association of Maine d/b/a Maine Family Planning & Dr. J. Doe*

*Admitted Pro Hac Vice