# United States Court of Appeals
## For the First Circuit

_____

No. 20-1781

FAMILY PLANNING ASSOCIATION OF MAINE, on behalf of itself, its staff, and its patients, d/b/a MAINE FAMILY PLANNING; J DOE, DO, MPH, individually and on behalf of Dr. Doe's patients,

Plaintiffs - Appellants,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; OFFICE OF POPULATION AFFAIRS; JESSICA SWAFFORD MARCELLA, M.P.A., in her official capacity as Deputy Assistant Secretary for Population Affairs,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: October 15, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard L. O'Meara
Rabia Muqaddam
Emily B. Nestler
Emily S. Ullman
Stephen C. Whiting
Julia M. Lipez
Jaynie Randall Lilley
Joshua Dos Santos
Patrick N. Strawbridge
Benjamin Michael Flowers
Douglas H. Hallward-Driemeier

Daniel W. Richards
Haley Eagon
Lisa H. Bebchick
Thomas N. Bulleit
Kevin H. Theriot
David Andrew Cortman
Denise M. Burke
Daniel Riess
Robert C. Merritt